IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| IN THE MATTER OF THE COMPLAINT AGAINST RAFAEL MONTALVO | Case No. 4:20-MJ-1202 <br> **Filed Under Seal** |
|---|---|

## ORDER TO SEAL COMPLAINT AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until the named defendant is arrested and makes his first appearance in federal court.

It is FURTHER ORDERED that the Clerk provide the United States Attorney with a filed copy of the complaint, affidavit, and the resulting warrant, as well as a copy of the Motion and this Order, for distribution as necessary to comply with the underlying warrant.

This the 15th day of September, 2020.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge